■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JOHN DAMANSKI, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT E. CHRISTIE, Appellant.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.